# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JAMES WELK,<br><br>                    Plaintiff,<br>   vs.<br>MATTHEW CATE,<br><br>                    Defendant. | CASE NO. 12cv2943-LAB (WVG)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

On January 22, 2014, the Court denied Petitioner Richard Welk's petition for writ of habeas corpus. Welk's sole claim was that the evidence presented at his murder trial was insufficient to show the killing was premeditated and deliberate.

As discussed in the order denying the petition, the evidence was sufficient to meet the lenient standard set forth in *Jackson v. Virginia*, 443 U.S. 307, 319 (1979). Applying the required "additional layer of deference," *see Juan H. v. Allen*, 408 F.3d 1262, 1275 (9th Cir. 2005), Welk's claim is even less tenable. As a last-ditch effort, Welk also attempted to argue a self-defense claim, which he had never presented to the state supreme court, and which therefore was unexhausted. Even if it were exhausted, the sufficiency standard was far from being met here.

No evidentiary hearing was required, because the Court's review was limited to the record before the state courts, *see Cullen v. Pinholster*, 131 S.Ct. 1388, 1399 (2011), and that record refuted Welk's claims. *See Schriro v. Landrigan*, 550 U.S. 465, 474 (2007).

1 | The standard for issuance of a certificate of appealability, *see Miller–El v. Cockrell*, 537 U.S. 322, 327 (2003), is not met here. The certificate of appealability is therefore **DENIED**.

**IT IS SO ORDERED**.

DATED: February 11, 2014

*Larry A. Burns* (signature)

**H**ONORABLE **L**ARRY **A**LAN **B**URNS
United States District Judge